IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELISSA TRAVIS, an individual, on behalf of herself and those similarly situated,** : : : : **Plaintiff,** : : **v.** : : **AUDIT SYSTEMS INC.,** : : **Defendant.** : : | Case No.   2:19cv92 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Audit Systems, Inc., hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, and in support thereof avers as follows:

1. Defendant Audit Systems, Inc., is the defendant in a civil action originally filed on or about December 6, 2018, in the Court of Common Pleas of Allegheny County, titled *Melissa Travis v. Audit Systems, Inc.,* and docketed to Case No. GD-18-016034.

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant was served with process by certified mail on January 8, 2019.

3. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendant in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. On this date, Defendant has provided notice of this removal to all parties and to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant removes this case to the United States District Court for the Western District of Pennsyvlania.

                Respectfully submitted,

                **MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        12276 San Jose Blvd., Ste. 720
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        Counsel for Defendant

Dated: January 28, 2019

## CERTIFICATE OF SERVICE

I certify that on January 28, 2019, a true copy of the foregoing document was served on the persons below via electronic means:

Eugene D. Frank
Law Offices of Eugene D Frank, P.C.
500 Grant Street, Ste. 2900
Pittsburgh, PA 15219
*Counsel for Plaintiff*

Court of Common Pleas
Allegheny County
436 Grant Street
Pittsburgh, PA 15219

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd., Ste. 720
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
Counsel for Defendant

Dated:  January 28, 2019

3