UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Travis, *an individual, on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Audit Systems Incorporated,<br><br>Defendant. | Civil Action No.: 2:19-cv-00092-MJH |

## NOTICE OF SETTLEMENT

Plaintiff, Melissa Travis, by and through the undersigned, respectfully notifies the Court that a settlement of the above-captioned case has been reached between the parties and the settlement paperwork is being finalized. A joint stipulation of dismissal will be forthcoming.

Respectfully submitted,

Dated: 02/28/2019

By: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
Attorney for Plaintiff
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
(412) 366-4276 - office
(412) 366-4305 - fax
efrank.esq@comcast.net
PA I.D. # 89862

By: */s/ Kevin Abramowicz*
Kevin Abramowicz, Esquire
Attorney for Plaintiff
186 42nd Street
PO Box 40127
Pittsburgh, PA 15201
(412) 223-5740 - office
(800) 997-5561 – fax
kevina@bcjlawyer.com
PA I.D. # 320659

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Travis, *an individual, on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Audit Systems Incorporated,<br><br>Defendant. | Civil Action No.: 2:19-cv-00092-MJH |

**CERTIFICATE OF SERVICE**

I, Eugene D. Frank, hereby certify that I served a true and correct copy of the *Notice of Settlement* using electronic communication to the following:

Lauren M. Burnette, Esquire
Messer Strickler, LTD.
12276 San Jose Blvd., Ste. 720
Jacksonville, FL 32223
lburnette@messerstrickler.com
jsalgado@messerstrickler.com
tawatha@messerstrickler.com
**Attorneys for Defendant**
**Audit Systems Incorporated**

Executed On: 02/28/2019

By: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
PA ID # 89862
Law Offices of Eugene D. Frank, P.C.
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
(412) 366-4276
efrank.esq@comcast.net