## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Travis,<br><br>Plaintiff,<br><br>vs.<br><br>Audit Systems Incorporated,<br><br>Defendant. | Civil Action No.: 2:19-cv-00092-MJH |

### ORDER OF COURT

AND NOW, this __28th__ day of __March__, 2019, upon consideration of the *Joint Stipulation of Dismissal with Prejudice* filed by counsel for the parties, it is hereby **ORDERED** that the above-captioned case has been settled and shall be dismissed with prejudice.

**BY THE COURT:**

_____
J.